**2014–1767.    Eisenbarth v. Reusser.**

Monroe App. No. 13 MO 10, 2014-Ohio-3792.

O'CONNOR, C.J., and O'DONNELL and LANZINGER, JJ., would hold the cause for the decisions in 2014–0803, *Walker v. Shondrick–Nau*, 7th Dist. Noble No. 13 NO 402, 2014-Ohio-1499, and 2014–0067, *Chesapeake Exploration, L.L.C. v. Buell*, United States District Court, Southern District of Ohio, Eastern Division, No. 2:12–CV–916.